**LAW OFFICES OF HAROLD R. BURKE**
POST OFFICE BOX 4078
GREENWICH, CONNECTICUT 06831
WWW.BURKE-LEGAL.COM




MEMBER, STATE AND FEDERAL BARS OF
CONNECTICUT AND NEW YORK

TELEPHONE (203) 219-2301
FACSIMILE (203) 413-4443
E-MAIL HRB@BURKE-LEGAL.COM

**VIA ECF**

May 1, 2020

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, N.Y.

Re: Hay v. PBR Sales LLC, et al., No. 7:18-cv-05736-KMK

Dear Judge Karas:

This firm represents Plaintiff Monte Ting Hay in this action.

I am respectfully requesting an extension of time through May 8, 2020 within which to complete and file the plaintiff's motion for judgment of default that is the subject of the Court's April 1st Order.

Due to factors of a personal nature, I have not been able to address all of the required corrections and amendments detailed in the April 1st Order. My issues have been health related and have resulted in delays in addressing a number of pending matters, several of which have required outside assistance.

I am confident that I will have the required submission completed within the requested time frame.

Thank you for your consideration of this request. Should the Court have any questions, I am available to respond at the Court's convenience.

Granted.

So Ordered.

5/1/20

Very truly yours,

Harold R. Burke
HRB/st

cc. Client