UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MONTE TING HAY,

                Plaintiffs,                        **ORDER**

    -against-                                    18 Civ. 5736 (KMK)(JCM)

PBR SALES, LLC, *et al.*

                Defendants.
--------------------------------------------------------X

      On January 14, 2022, the Court scheduled a telephone conference in the above-captioned matter for January 19, 2022 at 11:30 a.m. Counsel for plaintiff and defendants did not appear at the January 19, 2022 conference, nor did they contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference.

      Accordingly, counsel shall submit a letter to the Court by close of business January 21, 2022 explaining in writing the failure to appear on January 19, 2022. Furthermore, the January 19, 2022 conference is rescheduled for February 4, 2022 at 10:30 a.m.

Dated:    January 19, 2022
           White Plains, New York

                                            **SO ORDERED:**

                                            *Judith C. McCarthy*
                                            JUDITH C. McCARTHY
                                            United States Magistrate Judge